■ Town of Sardinia et al., Appellants-Respondents, v Gernatt Asphalt Products, Inc., Respondent-Appellant. (Action No. 1.) Gernatt Asphalt Products, Inc., Respondent-Appellant, v Philip Feraldi et al., Appellants-Respondents. (Action No. 2.) [735 NYS2d 454] —Judgment and order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeals from Judgment and Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Hayes, J. P., Scudder, Burns, Gorski and Lawton, JJ.

■ In the Matter of Howard Hallenbeck, Appellant. Commissioner of Mental Health of State of New York, Respondent, et al., Respondent. [735 NYS2d 454] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Brunetti, J. (Appeal from Order of Supreme Court, Onondaga County, Brunetti, J.—CPL 330.20.) Present—Hayes, J. P., Scudder, Burns, Gorski and Lawton, JJ.